IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.   02-cv-00337-RPM
(Consolidated with Civil Action No. 03-cv-02603-RPM)

DANIEL UNIS,
ROSA UNIS,
DAVID UNIS and
MARCOS UNIS,

                    Plaintiff,

v.

PAT A CROUCH, an agent of the Colorado Bureau of Investigation;
DAVID SANDERS, an agent of the Drug Enforcement Administration;
PAUL J. ROACH, an agent of the Drug Enforcement Administration;
KENT L. FLORENCE, an agent of the Drug Enforcement Administration;
WILLIAM ELDRIDGE, an agent of the Drug Enforcement Administration;
LUIS M. TORRES, an agent of the Drug Enforcement Administration;
ROBERT BERTON, an agent of the Drug Enforcement Administration;
JASON HEFLIN, a Pueblo police officer;
LEIDE DEFUSCO, a Pueblo police officer;
JEFFREY CARPENTER, a Pueblo police officer;
ANDREW McLACHLAN, a Pueblo police officer, all of whom are all sued in their
individual capacities; and
CITY OF PUEBLO, COLORADO and
UNITED STATES OF AMERICA,

                    Defendants.
_____

STAY ORDER
_____

        Pursuant to the Status Report and Uncontested Request for Stay, filed July 13,

2005, by the plaintiffs and defendant United States of America and upon the

representation that all counsel are in agreement, it is

ORDERED that further proceedings in this matter will be stayed until

September 1, 2005.

Dated:   July 14th, 2005

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior District Judge