FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2005 SEP -2  AM 10: 03

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

BY_____DEP. CLK

Civil Action No. 1:02-CV-0337-RPM-CBS (Consolidated with Civil Action No. 03-M-2603)

DANIEL UNIS;
ROSA UNIS;
DAVID UNIS; and
MARCOS UNIS,

      Plaintiffs,

v.

PAT A. CROUCH, an agent of the Colorado Bureau of Investigation;
DAVID SANDERS, an agent of the Drug Enforcement Administration;
PAUL J. ROACH, an agent of the Drug Enforcement Administration;
KENT L. FLORENCE; an agent of the Drug Enforcement Administration;
WILLIAM ELDRIDGE, an agent of the Drug Enforcement Administration;
ROBERT BERTON, an agent of the Drug Enforcement Administration;
JASON  HEFLIN, a Pueblo police officer;
LEIDE DEFUSCO,  a Pueblo police officer;
JEFFREY CARPENTER, a Pueblo police officer;
ANDREW MCLACHLAN, a Pueblo police officer; all of whom are sued in their
individual capacities; and
UNITED STATES OF AMERICA,

      Defendants.

---

## ~~PROPOSED~~ ORDER GRANTING PLAINTIFFS' UNCONTESTED REQUEST FOR FURTHER STAY TO OCTOBER 17, 2005

---

THE COURT, having reviewed the Status Report and Uncontested Request for Further Stay to October 17, 2005, and cause appearing therefore, HEREBY ORDERS THAT:

(1)        The above captioned matters are hereby stayed until October 17, 2005.

Dated: _September 1st_, 2005

BY THE COURT

Judge Richard P. Matsch

ws656.tmp