IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.   02-cv-00337-RPM
(Consolidated with Civil Action No. 03-cv-02603-RPM)

DANIEL UNIS,
ROSA UNIS,
DAVID UNIS and
MARCOS UNIS,

        Plaintiff,

v.

PAT A CROUCH, an agent of the Colorado Bureau of Investigation;
DAVID SANDERS, an agent of the Drug Enforcement Administration;
PAUL J. ROACH, an agent of the Drug Enforcement Administration;
KENT L. FLORENCE, an agent of the Drug Enforcement Administration;
WILLIAM ELDRIDGE, an agent of the Drug Enforcement Administration;
LUIS M. TORRES, an agent of the Drug Enforcement Administration;
ROBERT BERTON, an agent of the Drug Enforcement Administration;
JASON HEFLIN, a Pueblo police officer;
LEIDE DEFUSCO, a Pueblo police officer;
JEFFREY CARPENTER, a Pueblo police officer;
ANDREW McLACHLAN, a Pueblo police officer, all of whom are all sued in their individual capacities; and
CITY OF PUEBLO, COLORADO and
UNITED STATES OF AMERICA,

        Defendants.
_____

ORDER OF DISMISSAL WITH PREJUDICE
_____

    Upon consideration of the Stipulation and Motion for Dismissal with Prejudice, filed on October 3, 2005, it is

1

ORDERED that the referenced actions (Civil Action No. 02-cv-00337-RPM and 03-cv-02603-RPM) are dismissed with prejudice, each party to bear its own attorney's fees and costs.

Dated: October 3, 2005

BY THE COURT:

S/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge